UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVIS, et al., | CASE NO.: 1:16-CV-01724-AWI-JLT |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| THOMAS CLARKSEAN, | (Doc. 11) |
| Defendant. | |

The parties request the Court continue the scheduling conference from February 14, 2017 to February 15, 2017. (Doc. 11) They explain that counsel for the defendant has a conflict on the day and time set for the conference. Id. at 2. Thus, good cause appearing, the Court **ORDERS** the Initial Scheduling Conference is continued to February 15, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **January 17, 2017**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE