# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVIS, et al., | ) Case No.: 1:16-CV-01724 - JLT |
| Plaintiff, | ) |
| | ) ORDER REFERRING THE MATTER TO VDRP |
| v. | ) |
| | ) |
| THOMAS CLARKSEAN, | ) |
| | ) |
| Defendant. | ) |

The parties have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program before beginning discovery. (Doc. 16 at 6)  Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program;

2. All case dates are **VACATED** and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:   **February 14, 2017**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE