1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    PAUL DAVIS, et al.,                          )   Case No.: 1:16-cv-001724 - JLT
                                                   )
12                     Plaintiffs,                 )   ORDER APPROVING THE STIPULATION OF
                                                   )   COUNSEL RE: THE FILING OF AN AMENDED
13          v.                                     )   ANSWER AND CROSS-CLAIM
                                                   )
14    THOMAS CLARKSEAN,                            )   (Doc. 19)
                                                   )
15                     Defendant.                  )
                                                   )
16    ─────────────────────────────────────       )
                                                   )
17    AND RELATED CROSS-CLAIMS                     )
                                                   )
18

19          Previously, in the "Joint Status Report," the parties stated they had "discussed amendment of

20    the answer with the inclusion of a cross-claim." (Doc. 16 at 3)  Further, the parties informed the Court:

21          Counsel for Plaintiffs has agreed that he will stipulate to allowing an amended answer
            and include a cross-claim as against the attorney identified, Errol Gene Shaw, who was
22          supposed to be handling the estate and various other matters and as against Gregory
            Braun, an accountant, who was supposed to be handling the filing of various tax returns.
23          Counsel expect to execute a stipulation with an amended answer and cross-claim before
            this court before the end of the month of February.

24

25    (*Id.*)  On March 3, 2017, the amended answer was filed, as well as a stipulation, in which "[t]he parties

26    request the Court accept for filing the First Amended Answer and Cross-Claim based upon their

27    stipulation as set forth in the Joint Statement Relative to Scheduling Conference."  (Doc. 20 at 1)

28    ///

                                                     1

1        Pursuant to the terms of the stipulation, the Court **APPROVES** the filing of the filing of the

2    Amended Answer (Doc. 20), and the Cross-Claim Plaintiff **SHALL** complete service within the time

3    set forth in the Federal Rules of Civil Procedure.

4

5    IT IS SO ORDERED.

6       Dated:   **March 7, 2017**                  **/s/ Jennifer L. Thurston**

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28