# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVIS, as trustee for the Johnson Family Trust and Johnson Family Administrative Trust and executor of the Estate of Robert E. Johnson, Sr. a resident of Washington, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas Clarksean,<br><br>Defendant. | Case No. 1:16-cv-01724-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE CROSS-CLAIM DEFENDANT ERROL GENE SHAW**<br><br>**(Doc. 30)** |

On May 4, 2017, Defendant/Cross-claim Plaintiff Thomas Clarksean filed a Notice of Voluntary Dismissal (the "Notice"), in which he notifies the Court that he dismisses Cross-claim Defendant Errol Gene Shaw without prejudice. (Doc. 30 at 2.) Defendant/Cross-claim Plaintiff Thomas Clarksean filed the Notice before Mr. Shaw filed an answer or a motion for summary judgment. As such, Cross-claim Defendant Errol Gene Shaw has been voluntarily dismissed from this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to terminate Errol Gene Shaw as a party on the docket for this case.

IT IS SO ORDERED.

Dated: **May 8, 2017**      /s/ *Sheila K. Oberto*
          UNITED STATES MAGISTRATE JUDGE