UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVIS, as Trustee for the JOHNSON FAMILY TRUST and JOHNSON FAMILY ADMINISTRATIVE TRUST, and executor of the Estate of Robert E. Johnson, Sr., a resident of Washington; ROBERT E. JOHNSON FAMILY LIMITED PARTNERSHIP, a California Limited Partnership,<br><br>        Plaintiffs,<br>v.<br><br>THOMAS CLARKSEAN, an individual,<br><br>        Defendant.<br><br>THOMAS CLARKSEAN, an individual,<br><br>        Cross-Claim Plaintiff,<br>v.<br><br>ROBERT E JOHNSON, JR. aka BRADLEY E. JOHNSON, RUTH JOHNSON aka RUTH WALTHER, GREGORY BRAUN and ERROL GENE SHAW,<br><br>        Cross-Claim Defendants. | CASE NO.: 1:16-CV-01724-SKO<br><br>ORDER ON JOINT STIPULATION TO DISMISS THE MATTER WITH PREJUDICE<br><br>(Doc. 42) |

Order on Joint Stipulation to Dismiss the Matter with Prejudice

On November 21, 2017, the parties filed a Joint Stipulation to Dismiss, indicating that the parties have resolved the matter in its entirety through the Court's voluntary dispute resolution program, and requesting dismissal with prejudice with each party to bear their own respective attorneys' fees and costs. (Doc. 42.)

In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 22, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE